# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
L-3 National Security Solutions, Inc. ) ASBCA No. 59778
)
Under Contract No. W912CM-05-D-0011 )

APPEARANCES FOR THE APPELLANT: W. Jay DeVecchio, Esq.
Edward Jackson, Esq.
  Jenner & Block LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Gregory T. Allen, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 June 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59778, Appeal of L-3 National Security Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals